Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Secured Creditor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-24-ELG |
| | ) | (Chapter 11) |
| 1616 27TH STREET FLATS L.L.C. | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor DP Capital LLC, and serve all pleadings and court papers upon undersigned counsel.

Respectfully submitted,

Dated: January 21, 2023

By: /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Secured Creditors*

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January, 2023, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Justin Philip Fasano, Esq.
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 22070
jfasano@mhlawyers.com
*Counsel for the Debtor*

and

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

/s/ Maurice B. VerStandig
Maurice B. VerStandig