

**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

1616 27TH STREET FLATS L.L.C.
6310 BLACKWOOD RD
BETHESDA, MD  20817-5904

BANK OF AMERICA
**Preferred Rewards**
For Business

**Customer service information**

📱 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking Preferred Rewards for Bus Gold

for July 1, 2023 to July 31, 2023

Account number: ▮▮▮▮▮▮ 0999

**1616 27TH STREET FLATS L.L.C.**

## Account summary

| | |
|---|---|
| Beginning balance on July 1, 2023 | $20,878.09 |
| Deposits and other credits | 39,760.63 |
| Withdrawals and other debits | -32,314.22 |
| Checks | -25,137.60 |
| Service fees | -0.00 |
| **Ending balance on July 31, 2023** | **$3,186.90** |

\# of deposits/credits: 5
\# of withdrawals/debits: 47
\# of items-previous cycle[1]: 5
\# of days in cycle: 31
Average ledger balance: $28,327.48

[1]Includes checks paid, deposited items and other debits



**BUSINESS ADVANTAGE**

**Business and personal banking — wherever you go**

With the Mobile Banking app, you can stay on top of both your small business banking and personal accounts. Visit **bankofamerica.com/BizMobile** or scan the code to the right to download the app today.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-23-2572.B | S422844

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2023 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

# BANK OF AMERICA

## Your checking account

1616 27TH STREET FLATS L.L.C.   |   Account # ████0999   |   July 1, 2023 to July 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 07/05/23 | DISTRICT OF COLU DES:LRSP       ID:  INDN:BANK OF AMERICA       CO ID:3521934645 CCD | 11,023.00 |
| 07/06/23 | GREATER WASHINGT DES:RENTAL PAY ID:V0007332  INDN:1616 27TH ST FLATS LLC  CO ID:1530208981 CCD | 7,734.00 |
| 07/13/23 | BKOFAMERICA ATM 07/13 #000008125 DEPOSIT FRIENDSHIP HEIGHTS WASHINGTON    DC | 995.00 |
| 07/18/23 | CHECKCARD  0717 FEDEX OFFIC38800003889 WASHINGTON    DC 74164073198069987 21 | 8.63 |
| 07/19/23 | BKOFAMERICA BC  07/19 #000003148 FR CHKG | 20,000.00 |
| **Total deposits and other credits** | | **$39,760.63** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -100.00 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -100.00 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -83.51 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -61.30 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -59.37 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -58.98 |
| 07/17/23 | POTOMAC ELECTRIC DES:BILLPAY    ID:POTOMAC ELECTRI  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -53.72 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -36.47 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -32.22 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -30.07 |
| 07/17/23 | PEPCO PAYMENTUS  DES:BILLPAY    ID:PEPCO PAYMENTUS  INDN:1616 27TH ST FLATS       CO ID:0000000160 WEB | -25.72 |

continued on the next page

BUSINESS ADVANTAGE

## We see the importance of your business

At Bank of America, we are grateful that you have chosen us for your everyday banking needs and are here for you with tools, resources and expertise you can count on for continued financial growth.

To learn more about how we can serve you, visit **bankofamerica.com/SmallBusiness**.

SSM-01-23-2533.B  |  5422866

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/18/23 | MD TLR transfer to CHK 8179 Banking Ctr CORNERSTONE OF BETHESDA  #5012136 MD Confirmation# 0569793313 | -20,000.00 |
| 07/18/23 | REPUBLICSERVICES DES:RSIBILLPAY ID:304118887522  INDN:RICHARD CUNNINGHAM    CO ID:7860843596 WEB | -796.34 |
| 07/19/23 | BKOFAMERICA BC  07/19 #000003154 TO CHKG 5201 Wisconsin Av  Washington    DC | -1,600.00 |
| 07/25/23 | REPUBLICSERVICES DES:RSIBILLPAY ID:304118887522  INDN:RICHARD CUNNINGHAM    CO ID:7860843596 WEB | -428.30 |
| 07/27/23 | WASHINGTON GAS   DES:PAYMENT     ID:110001713335  INDN:1616 27TH STREET FLATS  CO ID:4530162882 WEB | -27.58 |
| 07/27/23 | WASHINGTON GAS   DES:PAYMENT     ID:110001713319  INDN:1616 27TH STREET FLATS  CO ID:4530162882 WEB | -23.04 |
| 07/31/23 | MD TLR transfer to CHK 8179 Banking Ctr CORNERSTONE OF BETHESDA  #5012136 MD Confirmation# 0583066531 | -5,000.00 |

Card account # XXXX XXXX XXXX 6417

| Date | Description | Amount |
|---|---|---|
| 07/10/23 | CHECKCARD  0706 CHURCH OF GOD AND SAINT 757-484-1161 VA 24493983188438212801226 CKCD 8398 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -120.00 |
| 07/10/23 | CHECKCARD  0707 THE HOME DEPOT #2555 CAPITOL HGTS MD 24943013189010195303487 CKCD 5200 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -365.20 |
| 07/10/23 | CHECKCARD  0708 CHEESECAKE WASHINGTON D WASHINGTON   DC 24943003190400262000454 CKCD 5812 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -209.55 |
| 07/18/23 | CHECKCARD  0717 FEDEX OFFIC38800003889 WASHINGTON   DC 24164073198069985793153 CKCD 7338 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -17.26 |
| 07/18/23 | BKOFAMERICA ATM 07/18 #000008894 WITHDRWL FRIENDSHIP HEIGHTS WASHINGTON    DC | -20.00 |
| 07/19/23 | CHECKCARD  0717 THE HOME DEPOT #2583 WASHINGTON   DC 24943013199010192537242 CKCD 5200 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -102.01 |
| 07/19/23 | CHECKCARD  0717 STAPLES      00107417 ALEXANDRIA   VA 24164073199105032485465 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -59.20 |
| 07/24/23 | CHECKCARD  0721 THE UPS STORE 1966 202-2446655  DC 24000973202141401104332 CKCD 7399 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -490.00 |
| 07/24/23 | CHECKCARD  0722 STAPLES      00101774 CHEVY CHASE  MD 24164073204105032980484 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -16.81 |
| 07/24/23 | CHECKCARD  0722 STAPLES      00101774 CHEVY CHASE  MD 24164073204105005109525 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -12.18 |
| 07/24/23 | RIVER ROAD AUT  07/24 #000720673 PURCHASE RIVER ROAD AUTO    BETHESDA     MD | -75.00 |
| 07/25/23 | CHECKCARD  0724 NTA SERVICES LLC LAUREL       MD 24493983206091828000044 CKCD 5722 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -689.00 |
| 07/25/23 | CHECKCARD  0724 NTA SERVICES LLC LAUREL       MD 24493983206091828000051 CKCD 5722 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -556.50 |
| 07/26/23 | CHECKCARD  0724 STAPLES      00101774 CHEVY CHASE  MD 24164073206105032981100 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -1.35 |
| 07/27/23 | CHECKCARD  0725 CHICK-FIL-A #04118 WASHINGTON   DC 24427333207710026783865 CKCD 5814 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -21.74 |
| 07/28/23 | CHECKCARD  0726 STAPLES      00101774 CHEVY CHASE  MD 24164073208105032982361 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -13.54 |
| 07/28/23 | CHECKCARD  0726 STAPLES      00101774 CHEVY CHASE  MD 24164073208105032982379 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -5.48 |
| 07/28/23 | CHECKCARD  0726 STAPLES      00101774 CHEVY CHASE  MD 24164073208105032982429 CKCD 5943 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -57.78 |
| 07/31/23 | CHECKCARD  0728 FASTAPP INC 212-221-0200 CA 24493983210020456400269 CKCD 8999 XXXXXXXXXXXX6417 XXXX XXXX XXXX 6417 | -945.00 |

continued on the next page

## BANK OF AMERICA

### Your checking account

1616 27TH STREET FLATS L.L.C.  |  Account # ▮▮▮▮0999  |  July 1, 2023 to July 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/31/23 | BKOFAMERICA ATM 07/31 #000001562 WITHDRWL FRIENDSHIP HEIGHTS WASHINGTON   DC | -20.00 |
| **Subtotal for card account # XXXX XXXX XXXX 6417** | | **-$3,797.60** |
| **Total withdrawals and other debits** | | **-$32,314.22** |

## Checks

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 07/24/23 |  | -4,000.00 | 07/18/23 | 1478* | -120.00 |
| 07/07/23 | 1472 | -250.00 | 07/25/23 | 1482* | -4,912.00 |
| 07/14/23 | 1473 | -1,039.20 | 07/31/23 | 1483 | -380.00 |
| 07/14/23 | 1475* | -50.00 | 07/26/23 | 1488* | -13,986.40 |
| 07/17/23 | 1476 | -400.00 | | | |
| | | | **Total checks** | | **-$25,137.60** |
| | | | **Total # of checks** | | **9** |

* There is a gap in sequential check numbers

## Service fees

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 06/30/23.
A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

- ✓  $250+ in new net purchases on a linked Business debit card has been met
- ✓  $5,000+ combined average monthly balance in linked business accounts has been met
- ✓  Become a member of Preferred Rewards for Business has been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 07/01 | 20,878.09 | 07/14 | 38,596.14 | 07/25 | 23,668.81 |
| 07/05 | 31,901.09 | 07/17 | 37,554.78 | 07/26 | 9,681.06 |
| 07/06 | 39,635.09 | 07/18 | 16,609.81 | 07/27 | 9,608.70 |
| 07/07 | 39,385.09 | 07/19 | 34,848.60 | 07/28 | 9,531.90 |
| 07/10 | 38,690.34 | 07/24 | 30,254.61 | 07/31 | 3,186.90 |
| 07/13 | 39,685.34 | | | | |

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank